IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| WESLEY HANKINSON,<br><br>    Plaintiff,<br><br>    v.<br><br>Commissioner of the Social Security Administration,<br><br>    Defendant. | Civil No. 3:23-CV-00752-SB<br><br><br>ORDER FOR ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(D) |

    After considering Plaintiff's Unopposed Motion, it is hereby ordered that attorney fees in the amount of $5,357.18, shall be awarded to Plaintiff pursuant to 28 U.S.C. § 2412(d) (EAJA). If the fees are not subject to an offset as described in Ratliff, the EAJA fees shall be payable to Dellert Baird Law Offices, PLLC, based upon Plaintiff's assignment of this fee to their attorney. The fees may be paid electronically or by check..

    IT IS SO ORDERED.

    DATED this \_\_16th\_\_ day of \_\_July\_\_, 2024.

*Stacie F. Beckerman*
Hon. Stacie F. Beckerman
U.S. Magistrate Judge

Page 1    ORDER
            [3:23-CV-00752-SB]